**98–522.   Northwood v. Wood Cty. Regional Water Sewer Dist.**

Wood App. No. WD–97–010. Reported at 86 Ohio St.3d 92, 711 N.E.2d 1003. On *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI. Motion denied for want of four votes on the following vote:

MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., vote no.

DOUGLAS, COOK and LUNDBERG STRATTON, JJ., vote yes.

RESNICK, J., not participating.

**98–1061.   Ottawa Cty. Bd. of Commrs. v. Marblehead.**

Ottawa App. No. OT–97–031. Reported at 86 Ohio St.3d 43, 711 N.E.2d 663. On *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI and on motion for reconsideration by village of Marblehead. The motions are denied for want of four votes on the following vote:

PFEIFER, COOK and LUNDBERG STRATTON, JJ., vote no.

DOUGLAS and F.E. SWEENEY, JJ., vote yes.

MOYER, C.J., and RESNICK, J., not participating.

**98–1927.   Madera v. Satellite Shelters, Inc.**

Cuyahoga App. No. 73172. Reported at 86 Ohio St.3d 1202, 711 N.E.2d 691. On motion for reconsideration. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

**98–2640.   Akron Bar Assn. v. Hoffer.**

Reported at 86 Ohio St.3d 97, 712 N.E.2d 116. On motion for reconsideration. Motion denied.

**99–165.   State ex rel. Forsyth v. Brigner.**

Montgomery App. No. 17467. Reported at 86 Ohio St.3d 71, 711 N.E.2d 684. On motion for reconsideration and motion to certify issue to United States Supreme Court. Motions denied.

**99–900.   Cook v. Cincinnati.**

Hamilton App. No. C–980552. Reported at 86 Ohio St.3d 1416, 711 N.E.2d 1011. On motion for reconsideration. Motion denied.

**99–1031.   State v. Stefanski.**

Marion App. No. 9–98–63. Reported at 86 Ohio St.3d 1418, 711 N.E.2d 1012. On motion for reconsideration. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.